IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| GLENN J. KREVLIN, | § | |
| | § | |
| Plaintiff Below, | § | No. 94, 2025 |
| Appellant, | § | |
| | § | Court Below: Court of Chancery |
| v. | § | of the State of Delaware |
| | § | |
| ARES CORPORATE | § | C.A. No. 2022-0336 |
| OPPORTUNITIES FUND III, L.P., | § | |
| ARES CORPORATE | § | |
| OPPORTUNITIES FUND IV, L.P., | § | |
| DAVID G. HIRZ, LELAND P. | § | |
| SMITH, RICHARD N. PHEGLEY, | § | |
| CITIGROUP GLOBAL MARKETS, | § | |
| INC. and JEFFERIES, LLC, | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: October 22, 2025
Decided: December 3, 2025

Before **SEITZ**, Chief Justice; **LEGROW**, and **GRIFFITHS**, Justices.

## <u>ORDER</u>

This 3rd day of December, 2025, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the Memorandum Opinion dated February 3, 2025.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice